E-FILED 05/14/12
JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERAV LAPID, individually, as Successor in Interest to RAN AVRAHAM LAPID, deceased, on behalf of the heirs, and as Personal Representative of the Estate,<br><br>      Plaintiff,<br><br>  vs.<br><br>ROBINSON HELICOPTER COMPANY, INC.,<br><br>      Defendant. | CASE NO: CV-11-6862-PSG (JCGx)<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** ;<br>   ORDER |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Merav Lapid and Defendant Robinson Helicopter Company, Inc., by and through their undersigned counsel, hereby stipulate and agree to the dismissal of all claims and counterclaims in this action with prejudice, and with each party to bear its own attorney's fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with the Court to retain jurisdiction over Plaintiff's pending Motion for Authorization to Compromise Claims of Minor Heirs [Doc. 47] which has been filed under seal.

Dated: May 10, 2012

| | |
|---|---|
| s/ Curtis B. Miner<br>Curtis B. Miner, Esq.<br>Colson Hicks Eidson, P.A.<br>255 Alhambra Circle, Penthouse<br>Coral Gables, Florida 33134<br>Tel: (305) 476-7400<br>Fax: (305) 476-7444<br>*Attorneys for Plaintiff* | s/ Tim A. Goetz<br>Tim A. Goetz, Esq.<br>Attorney At Law<br>2901 Airport Drive<br>Torrance, CA 90505<br>Tel: 310-539-0508<br>Fax: 310-539-5198<br>*Attorney for Defendant* |

Dated: 05/14/12

**IT IS SO ORDERED.**

[signature]

**U.S. DISTRICT JUDGE**